UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Western Division

Cesar Carrillo, Sr., et al.
                              Plaintiff,

v.                                                    Case No.: 3:24−cv−50117
                                                                  Honorable Iain D. Johnston

Tommy's Redhots, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: Before the Court is the parties' motion to approve their FLSA settlement agreement. Dkt. 99. Based on the Court's review of the motion and attached settlement agreement, the Court finds it to be a fair settlement of the parties' dispute and approves it. The parties ask the Court to dismiss the case with prejudice and retain jurisdiction to enforce the terms of the settlement agreement under which the defendant will be making periodic payments. However, the Court cannot both dismiss with prejudice and retain jurisdiction. See Blue Cross & Blue Shield Ass'n v. Am. Express Co., 467 F.3d 634 (7th Cir. 2006). Instead, the Court dismisses the case without prejudice, to become a dismissal with prejudice on June 2, 2025, without further action by the Court and in the absence of any motion to reopen filed before that date. The status hearing set for 3/18/2025 is cancelled. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.